| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**CAD-1321**<br>PHELAN HALLINAN & SCHMIEG, PC<br>By: Jennifer Novick JN2743<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, New Jersey 08054-3422<br>(856) 813-5500<br><u>Attorneys for Deutsche Bank National Trust Company,</u><br><u>Trustee c/o Chase Home Finance, LLC, as servicing</u><br><u>agent</u> | |
| In Re:<br><br>DEBRA ANN RIZZO | Case No.: 07-11241-MBK<br><br>Hearing Date: January 28, 2011<br><br>Judge: Michael B. Kaplan |

Order Filed on 2/9/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER VACATING STAY EFFECTIVE MARCH 25, 2011

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 2/9/2011**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan & Schmieg, PC, attorneys for Deutsche Bank National Trust Company, Trustee c/o Chase Home Finance, LLC, as servicing agent, under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated effective March 25, 2011 to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real Property more fully described as: 23 Brandeis Road, Parlin, New Jersey, 08859.

It is further ORDERED that the movant may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.

*Approved by Judge Michael Kaplan February 09, 2011*