**ALBERT RUSSO, STANDING CHAPTER 13 TRUSTEE**
CN 4853
Trenton, N.J. 08650-4853
(609) 587-6888
By: Albert Russo  (AR-2924)

| | |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY/ TRENTON VICINAGE |
| **DEBRA ANN RIZZO** | CASE NO.:   07-11241 MBK |
| | HEARING DATE:  6/14/11 |

### TRUSTEE'S OBJECTION TO MOTION TO REINSTATE CASE

The Standing Chapter 13 Trustee, Albert Russo, submits his objection to Debtor's Motion to Reinstate Chapter 13 Case for the reasons set forth below:

1. The debtor does not have all of the funds to bring the Trustee payments current. The debtor is $17,109.50 in arrears.

Wherefore, Standing Chapter 13 Trustee, Albert Russo, requests this Court deny the Debtor's Motion to Reinstate the Chapter 13 matter.

By:    /s/ *Albert Russo*
           Albert Russo
           Standing Chapter 13 Trustee